UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DONALD BROOKS (#85868)                                                    CIVIL ACTION

VERSUS

SHERYL RANATZA, CHAIRPERSON, ET AL.                    NO. 17-0117-JWD-EWD

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Signed in Baton Rouge, Louisiana, on January 11, 2018.

_____
ERIN WILDER-DOOMES
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**DONALD BROOKS (#85868)**                           **CIVIL ACTION**

**VERSUS**

**SHERYL RANATZA, CHAIRPERSON, ET AL.**              **NO. 17-0117-JWD-EWD**

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On October 8, 2017, the Court entered an Order (R. Doc. 8) denying Petitioner's Motion to Proceed *In Forma Pauperis* in this case and directing Petitioner to pay to the Clerk of Court, within twenty-one (21) days, the full amount of the Court's filing fee ($ 5.00) or this proceeding would be subject to dismissal. The Court's Order specifically advised Petitioner that it was his responsibility to pay the Court's filing fee and that the prison would **NOT** forward payment of the filing fee without Petitioner's written authorization. Petitioner has since failed to comply with the Court's directive, and he has provided no explanation for his failure to do so.

Despite notice and an opportunity to appear, Petitioner has failed to comply with the Court's Orders and has failed to provide any explanation for his failure to pay the Court's filing fee as directed. Accordingly, it is appropriate that Petitioner's habeas corpus application be dismissed, without prejudice, because of his failure to pay the filing fee or comply with the Court's Orders.

RECOMMENDATION

It is recommended that the above-captioned proceeding be dismissed, without prejudice, for failure of Petitioner to pay the Court's filing fee as ordered.[1]

Signed in Baton Rouge, Louisiana, on January 11, 2018.

*Erin Wilder-Doomes*

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Petitioner is advised that during the 14-day period allowed to him to object to this Report and Recommendation, he may either pay the Court's filing fee in the amount of $5.00 or, in lieu thereof, may seek to show the Court that he has been unable to pay the fee during the entirety of the period since the Court's initial Order assessing same in October 2017. Petitioner may make this showing by attaching to his response copies of his inmate account transaction statements showing the daily account activity in his inmate drawing, savings and reserve accounts for the months of October 2017 through the date of Petitioner's response, including deposits into, withdrawals from, and balances in these accounts. Petitioner is advised that Canteen Log statements that do not contain the relevant information will not be considered sufficient to make the required showing.