UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**DONALD BROOKS (#85868)**

**VERSUS**

**SHERYL RANATZA, CHAIRPERSON, ET AL.**

**CIVIL ACTION**

**NO. 17-0117-JWD-EWD**

**O P I N I O N**

After independently reviewing the entire record in this case and for the reasons set forth in Magistrate Judge's Report dated January 11, 2018, to which no objection was filed:

**IT IS ORDERED** that the above-captioned proceeding is dismissed, without prejudice, for failure of Petitioner to pay the Court's filing fee as ordered.[1] Judgments shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>January 26, 2018</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

1 Petitioner is advised that during the 14-day period allowed to him to object to this Report and Recommendation, he may either pay the Court's filing fee in the amount of $5.00 or, in lieu thereof, may seek to show the Court that he has been unable to pay the fee during the entirety of the period since the Court's initial Order assessing same in October 2017. Petitioner may make this showing by attaching to his response copies of his inmate account transaction statements showing the daily account activity in his inmate drawing, savings and reserve accounts for the months of October 2017 through the date of Petitioner's response, including deposits into, withdrawals from, and balances in these accounts. Petitioner is advised that Canteen Log statements that do not contain the relevant information will not be considered sufficient to make the required showing